UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Edward Charles Furlong, III

       v.                             Case No. 10-cv-03-SM

Terry Miller, et al.

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated March 15, 2010, no objection having been filed, for the reasons set forth therein. Plaintiff's Motion for Preliminary Injunction (document no. 2) is hereby denied.

    SO ORDERED.

April 21, 2010                                _____
                                                  Steven J. McAuliffe
                                                  Chief Judge

cc:   Edward Charles Furlong, III, pro se
       T. David Plourde, AUSA
       Douglas M. Mansfield, Esq.
       William G. Scott, Esq.